NOTIFICACIÓN DE PROTOCOLIZACIÓN DE TESTAMENTO CERRADO.

*Número:* 807        *Resuelto:* 3 de febrero de 1977

RESOLUCIÓN

■ El Registro de Testamentos instituido por Ley Núm. 99 de 27 de junio de 1956 (4 L.P.R.A. sec. 1026) tiene el propósito de fortalecer la autenticidad de la actuación notarial en relación con testamentos, al mismo tiempo que provee a los interesados un registro de información pública, fácilmente accesible. En tal extremo guarda cierta analogía con la legitimación y publicidad que a los documentos públicos inscritos imparte el Registro de la Propiedad.

■ Nos confrontamos con criterio al efecto de que en el caso del testamento cerrado, notificado al Registro de Testamentos al extenderse el acta de otorgamiento dispuesta por el Art. 657(4) del Código Civil (31 L.P.R.A. sec. 2202(4)) sería superflua una ulterior notificación al proceder a su apertura y protocolización por orden del Tribunal. No lo consideramos así por estimar que es útil y provechoso a los mejores fines del Registro de Testamentos la preservación de un historial completo de cada testamento registrado, para mayor difusión respecto a la validez y final vigencia de los testamentos que allí ganan acceso. La notificación al Registro de la protocolización de un testamento cerrado constituirá aviso para las personas con interés en el mismo de que el testamento salió del recinto de secretividad que caracteriza su otorgamiento (Art. 657, Código Civil), que ha adquirido eficacia por muerte del testador, que se ha cumplido con presentarlo a la Sala competente del Tribunal Superior (Art. 662) y que se ha realizado su apertura y protocolización a tenor del Art. 664 del Código Civil y el 551 del Código de Enjuiciamiento Civil (32 L.P.R.A. sec. 2280). Mediante la protocolización, el testamento cerrado evoluciona y se convierte en abierto, acto de claras consecuencias jurídicas que no debe quedar sin reconocimiento en el Registro *ad hoc* donde se asientan los actos de constitución, modificación, revocación,

710

ampliación y protocolización de testamentos. Art. 26, Ley Notarial (4 L.P.R.A. sec. 1026). Ya anteriormente este Tribunal sostuvo, ajustándose a la letra del citado Art. 26, que los Notarios vienen obligados a notificar la protocolización de testamentos ológrafos. *In re Alemañy Fernández*, 93 D.P.R. 168 (1966).

Publíquese para conocimiento de los señores Notarios de Puerto Rico.

Lo acordó el Tribunal y certifica el Secretario.

(Fdo.) Ernesto L. Chiesa
*Secretario General*